UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL JUMROON,<br><br>        Defendant. | Case 3:18-cr-00036-BR<br><br>ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE |

    This matter is before the Court on the joint motion of the parties to reduce the defendant's sentence pursuant to 18 U.S.C. §3582(c)(1)(A)(i). Based on that motion and having given full consideration to the factors set out in 18 U.S.C. §3553(a), the Court finds extraordinary and compelling reasons to warrant a reduction in sentence

1

to time served, effective within 24 hours of the entry of judgment or, if that date falls on a weekend or federal holiday, the next business day following the entry of judgment.

The term of imprisonment is shall be followed by three years of supervised release with the conditions set forth in the original judgment and the following additional conditions:

1) the defendant shall be placed on home confinement until January 16, 2022, and

2) the defendant shall self-quarantine upon his arrival home, avoiding indoor or close contact with any other resident of the home for fourteen days.

The Court concludes that this release is consistent with the policy statements of the U.S. Sentencing Commission and that defendant's release does not pose a risk to the community or any other person.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that defendant shall be released to home detention. The remaining provisions of his sentence shall remain as previously ordered, with the added condition that the defendant shall be on home detention until January 16, 2022. An Amended Judgment and Commitment Order shall be prepared and entered forthwith, in accordance with this decision.

SIGNED this <u>4th</u> day of January, 2021,

/s/ Anna J. Brown
_____
Anna J. Brown
US Senior District Judge